## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA BORRERO, | CASE NO.: |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| EDDIE WAYNE CAMPBELL AND SHELBA D. JOHNSON TRUCKING, INC. | |
| Defendants. | MARCH 5, 2021 |

_____

NOW COME petitioners/defendants, Eddie Wayne Campbell and Shelba D. Johnson Trucking, Inc., by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Maria Borrero v. Eddie Wayne Campbell, et al.,* which has been filed in the Connecticut Superior Court, Judicial District of Danbury at Danbury (hereafter, the "state court action"). The docket number in the state court action is DBD-CV21-6038444-S. A copy of the Complaint in the state court action is submitted herewith as Exhibit A.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred at about 5:52 p.m. on February 7, 2019 on Interstate 84 westbound in Danbury. Plaintiff alleges that at that time and place, Defendant Eddie Wayne Campbell, while in the course and scope of his employment with Defendant Shelba D. Johnson Trucking, Inc.,

1

improperly merged from the left lane into the center lane, causing a collision between his vehicle and that of the Plaintiff. *Please see Complaint, Paras. 2 – 5.* The Plaintiff alleges that this accident and her injuries were proximately caused by the negligence and carelessness of Defendant Campbell. *Please see Complaint, Para. 6.*

3. Among the permanent injuries and losses claimed by the plaintiff are the following: injuries to the cervical spine, thoracic spine, and lumbar spine; lumbar spinal stenosis; aggravation of pre-existing lumbar injury; chest wall injury; abdominal contusion; and a sprain/strain of her left knee. The plaintiff claims these injuries are or may be permanent in nature and that they necessitated medical treatment including hospitalization, surgical care, diagnostic testing, and medications, all to her physical and financial loss and detriment. *Please see Complaint, Paras. 7 – 9.* Plaintiff further alleges that he has endured emotional and sustained a loss of enjoyment of life's activities. *Please see Complaint, Para. 10.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a. By Complaint dated January 27, 2021, Plaintiff filed suit against the Petitioners. Service was accomplished upon Petitioner Eddie Wayne Campbell on or about February 7, 2021 via certified mail, and on Petitioner Shelba D. Johnson Trucking, Inc., on February 7, 2021 via certified mail. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Danbury at Danbury.

b.　　The Plaintiff is citizen and domiciliary of the State of Connecticut. *Please see Summons, submitted herewith as Exhibit B.*

c.　　Petitioner Eddie Wayne Campbell is, and at all times relevant was, a citizen and domiciliary of the State of North Carolina.

d.　　Petitioner Shelba D. Johnson Trucking, Inc., is a corporation duly organized and existing under the laws of the State of North Carolina, with its principal place of business being Thomasville, North Carolina.

e.　　In her Complaint, Plaintiff alleges that as a result of the subject incident she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above.  She further asserts a claim of a pain and suffering, future loss, inability to pursue his life's usual activities, and the need for hospitalization, surgery and diagnostic care. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.　　This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.　　Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7.　　Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Danbury at Danbury,

of the filing of this Petition.  *Please see Notice of Removal submitted herewith as Exhibit C.*

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Danbury at Danbury, be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
EDDIE WAYNE CAMPBELL AND
SHELBA D. JOHNSON TRUCKING, INC.

By:   /s/ *Michael P. Kenney*
    Michael P. Kenney
    Federal Bar No. ct26768
    FREEMAN MATHIS & GARY, LLP
    185 Asylum St., 6th Floor
    Hartford CT 06103
    Ph: 959-202-4978
    Michael.kenney@fmglaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARIA BORRERO, | CASE NO.: |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| EDDIE WAYNE CAMPBELL AND SHELBA D. JOHNSON TRUCKING, INC. | |
| Defendants. | MARCH 5, 2021 |

_____

    I hereby certify that on March 5, 2021, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to</u>:

David Hartshorn, Esq.
Law Offices of Brian Mongeluzzo, LLC
1211 Chase Parkway
Waterbury CT 06708
*Attorneys for the Plaintiff*

                                                            /s/ *Michael P. Kenney*
                                                  Michael P. Kenney
                                                  Fed. Bar No. ct26768