| | | |
|---|---|---|
| RETURN DATE: MARCH 2, 2021 | : | SUPERIOR COURT |
| MARIA BORRERO | : | J.D. OF DANBURY |
| V. | : | AT DANBURY |
| EDDIE WAYNE CAMPBELL AND SHELBA D. JOHNSON TRUCKING, INC. | : | JANUARY 27, 2021 |

## COMPLAINT

1. At all times mentioned here Defendant, **SHELBA D. JOHNSON TRUCKING, INC.**, has been a duly enacted company authorized to transact business in the State of Connecticut.

2. On or about February 7, 2019, at approximately 5:52 p.m., the Plaintiff, **MARIA BORRERO**, was operating her motor vehicle in a westerly direction in the center lane of three on Interstate 84 Westbound in Danbury, Connecticut.

3. At this time and place the Defendant, **EDDIE WAYNE CAMPBELL**, was operating his motor vehicle, a tractor trailer, in a westerly direction in the left lane of three on Interstate 84 Westbound in Danbury, Connecticut.

4. At all times mentioned herein the Defendant, **EDDIE WAYNE CAMPBELL**, was the agent, servant and/or employee of the Defendant, **SHELBA D. JOHNSON TRUCKING, INC.**, and was operating his vehicle with the permission of the Defendant **SHELBA D. JOHNSON TRUCKING, INC.**, within the scope of his authority to do so.

5. At this time and place the Defendant, **EDDIE WAYNE CAMPBELL**, began to merge from the left lane, and in doing so entered the Plaintiff's lane of travel and collided into the rear of the Plaintiff's vehicle, resulting in injuries and damages to the Plaintiff as more fully set forth herein.

6. The incident, together with the resulting injuries and damages to the Plaintiff, was caused by the negligence and carelessness of the Defendant, **EDDIE WAYNE CAMPBELL**, in that:

   a. he failed to apply his brakes in time to avoid the collision with the Plaintiff's vehicle;

   b. he failed to keep a reasonable and proper lookout for other vehicles, including the Plaintiff's;

   c. he failed to keep the vehicle under proper control;

   d. he was inattentive in the operation of his vehicle;

   e. he failed to turn his vehicle so as to prevent the same from colliding with the Plaintiff's motor vehicle; and/or

   f. he was operating his vehicle in violation of § 14-236 of the Connecticut General Statutes for failing to drive in the proper lane.

7. As a result of the negligence and carelessness of the Defendant, **EDDIE WAYNE CAMPBELL**, the Plaintiff, **MARIA BORRERO**, sustained the following injuries:

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424134

      a.      Injuries to the muscles and soft tissues of her cervical spine;

      b.      Injuries to the muscles and soft tissues of her thoracic spine;

      c.      Injuries to the muscles and soft tissues of her lumbar spine;

      d.      Lumbar spinal stenosis;

      e.      Exacerbation of a prior injury to her lumbar spine;

      f.      Injury to her chest wall;

      g.      Abdominal wall contusion;

      h.      Sprain/strain of her left knee; and

      i.      Emotional upset.

8.     All or some of said injuries or effects therefrom are, or may become, permanent in nature.

9.     As a further result of the negligence of the Defendant, **EDDIE WAYNE CAMPBELL**, the Plaintiff has incurred, and may incur in the future, expenses for hospitalization, medical and surgical care and attention, diagnostic testing, and medication, all to her financial loss and detriment.

10.    As a further result of her injuries, the Plaintiff has suffered, and may in the future suffer, a loss of enjoyment of life's activities.

**WHEREFORE,** the Plaintiff claims money damages.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424134

THE PLAINTIFF,
MARIA BORRERO

BY: _____
David B. Hartshorn
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
(203) 574-2326
Juris No.: 424434
Her Attorney

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

| | | |
|---|---|---|
| RETURN DATE: MARCH 2, 2021 | : | SUPERIOR COURT |
| MARIA BORRERO | : | J.D. OF DANBURY |
| V. | : | AT DANBURY |
| EDDIE WAYNE CAMPBELL AND SHELBA D. JOHNSON TRUCKING, INC. | : | JANUARY 27, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than Fifteen Thousand Dollars ($15,000.00) exclusive of interest, costs and attorney's fees.

THE PLAINTIFF,
MARIA BORRERO

BY: _____
David B. Hartshorn
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
(203) 574-2326
Juris No.: 424434
Her Attorney

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434